IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02200-WYD-PAC

JOY MASTER,

    Plaintiff(s),

v.

ALLSTATE INSURANCE COMPANY,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Joint Motion to Modify Deadlines as Set in Scheduling Order of May 18, 2006 [Filed August 24, 2006; Doc. No. 30] is **GRANTED** as follows:

    Deadline for Expert Disclosures is extended to **January 15, 2007.**

    Deadline for Rebuttal Expert Disclosures is extended to **February 15, 2007.**

    Discovery cut-of is extended to **February 16, 2007.**

    Deadline to file discovery motions is **March 16, 2007.**

    The parties shall serve written discovery no later than 33 days prior to the discovery deadline of February 16, 2007.

Dated:  August 28, 2006